**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jorge Alberto CHAVEZ, Defendant–**
**Appellant.**

No. 12–10093.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 15, 2013.*

Filed Jan. 16, 2013.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Rubin Salter, Jr., Esquire, Law Office of Rubin Salter, Jr., Tucson, AZ, for Defendant–Appellant.

Jorge Alberto Chavez, Lompoc, CA, pro se.

Before: SILVERMAN, BEA, and NGUYEN, Circuit Judges.

MEMORANDUM ***

Jorge Alberto Chavez appeals from the district court's judgment and challenges his guilty-plea conviction and 51–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to

*Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chavez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Chavez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.